UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADERICK A. INGRAM,<br>Plaintiff,<br>v.<br>THE UNIVERSITY OF PHOENIX, INC.,<br>Defendant. | No. 2:25-cv-02652-DAD-JDP PS<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS WITHOUT LEAVE TO AMEND, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u><br><br>(Doc. Nos. 4, 9, 21) |

Plaintiff Chaderick A. Ingram is proceeding *pro se* in the above-captioned action filed in state court and removed to this federal court based upon diversity jurisdiction, 28 U.S.C. § 1332. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 5, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss (Doc. No. 4) be granted without leave to amend and that plaintiff's motion for summary judgment (Doc. No. 9) be denied. (Doc. No. 21.) Specifically, the magistrate judge concluded that plaintiff's complaint failed to provide a short and plain statement of his claim as required by Rule 8 of the Federal Rules of Civil Procedure, failed to adequately allege a legal duty owed by defendant to plaintiff, did not sufficiently allege any conspiracy claim against defendant, and failed to state any cognizable claims. (*Id.* at 1–3.)

The magistrate judge also noted that plaintiff had a long history of initiating frivolous litigation before this court and had previously been declared a vexatious litigant. (*Id.* at 3–4.) In light of this history and the nature of plaintiff's complaint filed in this action, which attempted to raise a dispute simply about a school policy improperly cloaked as a general negligence and intentional tort action, the magistrate judge concluded that the granting of leave to amend would be futile. (*Id.*) Having concluded that plaintiff's complaint should be dismissed without leave to amend, it was also recommended that plaintiff's motion for summary judgment be denied. (*Id.* at 4.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within forty-five (45) days of service. (*Id.*) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 25, 2026 (Doc. No. 21) are adopted in full;
2. Defendant's motion to dismiss (Doc. No. 4) plaintiff's complaint is granted without leave to amend;
3. Plaintiff's motion for summary judgment (Doc. No. 9) is denied; and
4. The Clerk of the Court is directed to enter judgment in favor of defendant and to close this case.

IT IS SO ORDERED.

Dated: **September 8, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] On August 25, 2026, defendant filed a notice of plaintiff's failure to file any objections to the pending findings and recommendations. (Doc. No. 22.)